FILED

10/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0212

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0212

_____

IN RE THE PARENTING OF

    M.B., A minor child.

UMBERTO FERRI,

        Petitioner and Appellee,                  O R D E R

    and

ANNELIESE N. BROWN,

        Respondent and Appellant.

_____

Upon consideration of Appellant Anneliese N. Brown's motion for extension of time to file her reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 7, 2023, to file her opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 2 2023